ELEUTHERA D. McCALMONT, as Executrix of JAMES D. McCALMONT, Deceased, Appellant, *v.* WILLIAM FARSON et al., Respondents.

*McCalmont* v. *Farson*, 170 App. Div. 408, appeal withdrawn.
(Submitted February 11, 1918; decided February 15, 1918.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

*John S. Sickels* for motion.

No one opposed.

Motion granted.